IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00023 (WLS-TQL-1) |
| | : |
| DEIONTE JAMARQUAVIOUS MINCEY, | : |
| | : |
| Defendant. | : |
| | : |

### ORDER

Presently before the Court is a Joint Motion to Continue Trial in the Interest of Justice (Doc. 19), filed on November 16, 2022. Therein, Government requests that the Court continue both the pretrial conference that is currently scheduled for December 13, 2022, and the specially set December 19, 2022, trial in this case to the next Valdosta trial term. (*Id.*) Government explains that Defense Counsel needs time to review the discovery, consider potential need for motions, as well as the need to request additional information. (Doc. 19, at 2). Moreover, Parties have not had a chance to engage in "any meaningful effort to resolve the matter without the need for trial" yet. (*Id.*)

The Court notes for the purposes of the record that this is the first time that a continuance has been requested in this matter. Based on the stated reasons in the Joint Motion (Doc. 19), the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, for good cause shown, the Joint Motion to Continue (Doc. 19) in this matter is **GRANTED**.

Accordingly, the Court hereby **ORDERS** that the December 13, 2022, pretrial conference for this case is **CANCELLED**, and the case is **CONTINUED** through the February 2023 Valdosta Division trial term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has

continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __17th__ day of November 2022.

                                        **/s/ W. Louis Sands**
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**