IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00023 (WLS-TQL-1) |
| | : |
| DEIONTE JAMARQUAVIOUS MINCEY, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Presently before the Court is an Unopposed Motion to Continue Trial in the Interest of Justice (Doc. 22), filed on January 13, 2023. Therein, Defendant Mincey, through his Counsel and unopposed by the Government, requests that the Court continue both the pretrial conference that is currently scheduled for January 17, 2023, and the specially set February 6, 2023, trial in this case to the next Valdosta trial term. (*Id.*) Defendant explains that Defense Counsel needs additional time to review the discovery and investigate the matters with Defendant to determine the "next steps in this case." (*Id.*)

This is the second time that a continuance has been requested in this matter. Based on the stated reasons in the Unopposed Motion (Doc. 22), the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, for good cause shown, the Joint Motion to Continue (Doc. 19) in this matter is **GRANTED**.

Accordingly, the Court hereby **ORDERS** that the January 17, 2023, pretrial conference for this case is **CANCELED**, and the case is **CONTINUED** through the **May 2023**

1

**Valdosta Division trial term** beginning on May 8, 2023, and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __13th__ day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**