IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DEIONTE JAMARQUAVIOUS MINCEY, | : <br> : <br> : |
| Petitioner, | :    CASE NO.: 7:22-CR-23 (WLS-TQL) |
| | : |
| v. | : |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Respondent. | : |
| | : |

## **ORDER**

Before the Court is a Recommendation (Doc. 45) from United States Magistrate Judge Thomas Q. Langstaff, entered on September 9, 2024. Therein, Judge Langstaff recommends that the Court deny Petitioner Deionte Mincey's ("Petitioner") Motion to Vacate, Set Aside, or Correct Sentence (Doc. 40) as none of the four grounds asserted in the Motion provide a basis for this Court to vacate Petitioner's conviction or sentence. (Doc. 45). Specifically, Judge Langstaff found that (1) the claim that Petitioner's conviction under 18 U.S.C. § 922(g) is unconstitutional provides no basis for relief, and Petitioner failed to point to any authority to the contrary, (*id.* at 3); (2) Petitioner failed to demonstrate that his sentence was invalidly enhanced, or otherwise improper, (*id.* at 4); (3) the Court lacks jurisdiction to address Petitioner's claim that he is being denied credit for time served, as such claim must be brought under 28 U.S.C. § 2241 in the district where Petitioner is incarcerated, (*id.* at 5); and (4) Petitioner's request for sentence reduction under 18 U.S.C. § 3582(c)(2) is properly addressed in a separate motion under that section, rather than in a § 2255 motion. (*Id.* at 5–6).

Petitioner filed his Motion to Vacate (Doc. 40) on December 1, 2023. The Government filed a Response (Doc. 44) to the Motion on January 23, 2024. As noted, Judge Langstaff entered the instant Recommendation on September 9, 2024. Judge Langstaff's Recommendation and 28 U.S.C. § 636(b)(1) provided the parties with fourteen days to file an objection. (Doc. 45 at 6). That deadline has now elapsed, with neither party having filed an objection.

In the absence of objections, the Court reviews the Recommendation for plain error and manifest injustice. *See United States v. Aponte*, 461 F. App'x 828, 830 n.2 (11th Cir. 2012). Upon full review and consideration of the Record, the Court finds neither plain error nor manifest injustice in Judge Langstaff's Recommendation. The Recommendation (Doc. 45) is thus **ACCEPTED**, **ADOPTED**, and made the Order of this Court, for reason of the findings made and reasons stated therein.

As a result, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 40) is **DENIED**. Furthermore, Petitioner failed to file an objection to Judge Langstaff's Recommendation of the denial of a certificate of appealability. After reviewing the Record, the Court finds that Petitioner has not made a substantial showing of a denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2). Therefore, the Court agrees with Judge Langstaff's Recommendation and **DENIES** Petitioner a certificate of appealability.

**SO ORDERED**, this 6th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**